UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JAMES RUSSELL KING II,
   a/k/a "Jake King," and
BRITTANY MARIE JOHNSON,

        Defendants.
_____/

Case No. 2:22-CR-21

Hon. ROBERT J. JONKER
U.S. District Judge

**SUPERSEDING**
**INDICTMENT**

The Grand Jury charges:

### COUNT 1
(Methamphetamine Conspiracy)

Between in or about May 2022, and continuing to on or about September 17, 2022, in Delta, Marquette, and Schoolcraft Counties, in the Western District of Michigan, Northern Division, and elsewhere, Defendants,

**JAMES RUSSELL KING II,**
**a/k/a "Jake King," and**
**BRITTANY MARIE JOHNSON,**

knowingly and intentionally combined, conspired, confederated and agreed with each other and other persons known and unknown to the Grand Jury to distribute and to possess with intent to distribute methamphetamine, a Schedule II controlled substance.

Concerning **JAMES RUSSELL KING II**, the Grand Jury further alleges that the amount of methamphetamine involved in the conspiracy was five grams or more of methamphetamine, a Schedule II controlled substance.

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)(viii)
21 U.S.C. § 841(b)(1)(C)

## COUNT 2
(Possession with Intent to Distribute Methamphetamine)

On or about September 17, 2022, in Schoolcraft County, in the Western District of Michigan, Northern Division, and elsewhere, Defendants,

**JAMES RUSSELL KING II,**
a/k/a "Jake King," and
**BRITTANY MARIE JOHNSON,**

knowingly and intentionally possessed and aided and abetted the possession of methamphetamine with intent to distribute, a Schedule II controlled substance.

Concerning **JAMES RUSSELL KING II**, the Grand Jury further alleges that the amount of methamphetamine involved in the offense was five grams or more of methamphetamine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)(viii)
21 U.S.C. § 841(b)(1)(C)
18 U.S.C. § 2

A TRUE BILL

_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
THEODORE J. GREELEY
Assistant United States Attorney