UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
<u>NORTHERN DIVISION</u>

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                      File No: 2:22-cr-21

                                     HON. ROBERT J. JONKER

JAMES RUSSELL KING, II and
BRITTANY MARIE JOHNSON,

      Defendants.
_____/

## **<u>ORDER</u>**

      On May 17, 2023, a Superseding Indictment was filed which added defendant Brittany Marie Johnson. Defendant Johnson has not yet made her initial appearance in this case. A trial date is currently set for August 21, 2023. Defendant King has a pending motion to suppress, and has not moved to sever from the co-defendant.

      For all these reasons, the Court adjourns the August 14, 2023 final pretrial conference and the August 21, 2023 trial date. An amended order scheduling progression of case will enter.

      A hearing on defendant King's motion to suppress is scheduled for **August 22, 2023 at 10:00 a.m.** at the courthouse in Marquette, Michigan.

      **IT IS SO ORDERED**.

Dated: <u>July 26, 2023</u>                        /s/ Robert J. Jonker
                                                  ROBERT J. JONKER
                                                  UNITED STATES DISTRICT JUDGE