UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                        Case No. 2:22-cr-00021-RJJ-MV

v.                                 Hon. Robert J. Jonker

BRITTANY MARIE JOHNSON,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

| | |
|---|---|
| Type of hearing(s): | Arraignment<br>Detention Hearing |
| Date/Time: | July 31, 2023   11:00 AM |
| Magistrate Judge: | Maarten Vermaat |
| Place/Location: | Marquette, MI |

                                            MAARTEN VERMAAT
                                            U.S. Magistrate Judge

Dated: July 27, 2023        By:   /s/ C. A. Moore
                                        Courtroom Deputy